MARK J. CONNOT (SBN 10010)
MConnot@FoxRothschild.com
KEVIN M. SUTEHALL (SBN 9437)
KSutehall@FoxRothschild.com
**FOX ROTHSCHILD LLP**
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Ph.:     702.262.6899 / Fax:     702.597.5503

W. WARD MORRISON, JR. (*pro hac vice*)
WMorrison@FoxRothschild.com
**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
Ph.:     206.624.3600 / Fax:     206.389.1708

*Attorneys for Defendant Microsoft Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BACON,<br><br>         Plaintiff,<br><br>    v.<br><br>JOSUEL FELICITE MUSAMBAGHANI, MICROSOFT CORPORATION, and DOES I – X, and ROE CORPORATIONS XI – XX, inclusive,<br><br>         Defendants. | Case No. 2:24-cv-00009-MMD-EJY<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT MICROSOFT CORPORATION WITH PREJUDICE AND WITHOUT COSTS** |

**IT IS HEREBY STIPULATED** by and between the Parties herein, pursuant to Fed. R. Civ. P. 41(a), that all claims and causes of action asserted against Defendant Microsoft Corporation are dismissed with prejudice, and that each party will bear its own fees and costs.

/ /

/ /

/ /

/ /

1

**IT IS SO STIPULATED.**

Dated this 15th day of May, 2024

**FOX ROTHSCHILD LLP**

/s/ Kevin M. Sutehall
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
ksutehall@foxrothschild.com

W. WARD MORRISON, JR. (*pro hac vice*)
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
wmorrison@foxrothschild.com
*Attorneys for Defendant Microsoft Corporation*

Dated this 15th day of May, 2024

**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**

/s/ William W. McGaha
WILLIAM W. McGAHA (3234)
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
bmcgaha@smlvlaw.net
*Attorneys for Plaintiff Christopher Bacon*

Dated this 15th day of May 2024

**PERRY & WESTBROOK, A PROFESSIONAL CORPORATION**

/s/ Alan W. Westbrook
ALAN W. WESTBROOK (6167)
11500 S. Eastern Avenue, Ste. 140
Henderson, NV 89052
*Attorneys for Defendant
Josuel Felicite Musambaghani*

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Microsoft Corporation is hereby dismissed from the above action with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: __May 16_____, 2024