MARK J. CONNOT (SBN 10010)
MConnot@FoxRothschild.com
KEVIN M. SUTEHALL (SBN 9437)
KSutehall@FoxRothschild.com
**FOX ROTHSCHILD LLP**
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Ph.:   702.262.6899 / Fax:   702.597.5503

W. WARD MORRISON, JR. (*pro hac vice*)
WMorrison@FoxRothschild.com
**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
Ph.:   206.624.3600 / Fax:   206.389.1708
*Attorneys for Defendant Microsoft Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BACON,<br><br>Plaintiff,<br><br>v.<br><br>JOSUEL FELICITE MUSAMBAGHANI, MICROSOFT CORPORATION, and DOES I – X, and ROE CORPORATIONS XI – XX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00009-MMD-EJY<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

Pursuant to LR IA 11-6, Mark J. Connot, Kevin M. Sutehall and W. Ward Morrison, Jr.[1] of the law firm Fox Rothschild LLP, attorneys of record for Defendant Microsoft Corporation ("Microsoft"), hereby provide notice and move for relief as follows:

On May 16, 2024, the Court entered a Stipulation and Order for Dismissal of Defendant Microsoft Corporation with Prejudice and without Costs [Dkt #19].

Mark J. Connot, Kevin M. Sutehall and W. Ward Morrison, Jr. have fulfilled their obligations as counsel for Microsoft in this matter and do not require any further notice of these proceedings. Therefore, Mark J. Connot, Kevin M. Sutehall and W. Ward Morrison, Jr., whose

---
[1] Admitted *Pro Hac Vice.*

names and electronic mailing addresses appear in the electronic filing system, request to be removed from the service list for purposes of this matter only.

DATED this 15th day of August, 2024.

**FOX ROTHSCHILD LLP**

*/s/ Kevin M. Sutehall*
MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
ksutehall@foxrothschild.com

W. WARD MORRISON, JR. (*pro hac vice*)
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
wmorrison@foxrothschild.com
*Attorneys for Defendant Microsoft Corporation*

**IT IS SO ORDERED.**

**DATED: August 19, 2024.**

_____
**UNITED STATES MAGISTRATE JUDGE**

2