CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
(725) 677-4055 Telephone
(725) 239-4055 Facsimile
CWilson@imwlaw.com
VHightower@imwlaw.com
*Attorneys for Defendant, Josuel Felicite Musambaghani*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BACON,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSUEL FELICITE MUSAMBAGHANI; MICROSOFT CORPORATION; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>  Defendants. | CASE NO.: 2:24-cv-00009-MMD-EJY<br><br>**MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT, JOSUEL FELICITE MUSAMBAGHANI** |

Defendant, JOSUEL FELICITE MUSAMBAGHANI (hereinafter, "Defendant"), hereby substitutes Cheryl H. Wilson, Esq., and IVIE McNEILL WYATT PURCELL & DIGGS, 8485 W. Sunset Road, Suite 105, Las Vegas, Nevada 89113, (725) 677-4055, as his counsel of record in place of Alan W. Westbrook, Esq., of PERRY & WESTBROOK.

DATED this 13th day of February, 2025.

  */s/ Josuel Felicite Musambaghani*
  JOSUEL FELICITE MUSAMBAGHANI
  Defendant

MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT, JOSUEL FELICITE MUSAMBAGHANI - 1

I consent to the above substitution.

DATED this 13th day of February, 2025.

                */s/ Alan W. Westbrook, Esq.*
                ALAN W. WESTBROOK, ESQ.
                Nevada Bar No. 6167
                PERRY & WESTBROOK
                11500 S. Eastern Ave., Suite 140
                Henderson, NV 89052

I am duly licensed to practice in this District.

The above Substitution is hereby accepted.

DATED this 13th day of February, 2025.

                IVIE McNEILL WYATT PURCELL & DIGGS

                CHERYL H. WILSON, ESQ.
                Nevada Bar No. 8312
                8485 W. Sunset Road, Suite 105
                Las Vegas, NV 89113
                T: 725-677-4055 /F: 725-239-4055
                Email: CWilson@imwlaw.com

                IT IS SO ORDERED.

                DATED: February 13, 2025

                UNITED STATES MAGISTRATE JUDGE