CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
(725) 677-4055 Telephone
(725) 239-4055 Facsimile
CWilson@imwlaw.com
VHightower@imwlaw.com
*Attorneys for Defendant, Josuel Felicite Musambaghani*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BACON,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSUEL FELICITE MUSAMBAGHANI; MICROSOFT CORPORATION; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>  Defendants. | CASE NO.: 2:24-cv-00009-MMD-EJY<br><br>**JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER TO APRIL 22, 2025** |

COMES NOW, Plaintiff, CHRISTOPHER BACON ("Plaintiff"), by and through his counsel of record, SCHUETZE, McGAHA, TURNER & FERRIS PLLC; and Defendant, JOSUEL FELICTE MUSAMBAGHANI ("Defendant"), by and through his counsel of record, IVIE McNEILL WYATT PURCELL & DIGGS, and hereby ask this Court to extend the deadline to submit the parties' Joint Pretrial Order from the current deadline, April 17, 2025, to Tuesday, April 22, 2025.

On August 14, 2024, an order was entered extending the pretrial dates including the deadline to submit the Pretrial Order to Thursday, April 17, 2025. Counsel for the parties met and conferred on March 18, 2025, and agreed to draft a Joint Pretrial Order due to agreements as to the material issues in dispute and future handling.

On March 21, 2025, counsel for the Defendant submitted a draft of the Joint Pretrial Order to counsel for the Plaintiff for review and edit including addition of his list of exhibits. On April 15, 2025, counsel for the Plaintiff returned the revised Joint Pretrial Order including a list of exhibits. Currently, counsel for the Defendant is editing the Joint Pretrial Order including the defense list of exhibits and objections to the plaintiff's list of exhibits. Thereafter, counsel for the plaintiff must be given the opportunity to revise the Joint Pretrial Order to include objections to the defense exhibits.

The counsel for the parties continue to work diligently to timely submit the Joint Pretrial Order, however, two additional business days are necessary to finalize and submit the same and accordingly request an extension to Tuesday, April 22, 2025.

IT IS SO STIPULATED.

DATED this 17th day of April, 2025.

SCHUETZE, McGAHA, TURNER & FERRIS, PLLC

/s/ William W. McGaha, Esq.
_____
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 3234
601 S. Ranco Dr., Suite C-20
Las Vegas, NV 89106
Email: bmcgaha@smlvlaw.net
*Attorneys for Plaintiff,*
*Christopher Bacon*

DATED this 17th day of April, 2025.

IVIE McNEILL WYATT PURCELL & DIGGS

*Cheryl Wilson*
_____
CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
Email: CWilson@imwlaw.com
*Attorneys for Defendant,*
*Josuel Felicite Musambaghani*

IT IS SO ORDERED.

DATED: April 17, 2025

_____
UNITED STATES MAGISTRATE JUDGE