CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
VICTORIA L. HIGHTOWER, ESQ.
Nevada Bar No. 10897
IVIE McNEILL WYATT PURCELL & DIGGS
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
(725) 677-4055 (Telephone)
(725) 239-4055 (Facsimile)
Email: CWilson@imwlaw.com
Email: VHightower@imwlaw.com
*Attorneys for Defendant, Josuel Felicite Musambaghani*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BACON,<br><br>Plaintiff,<br><br>vs.<br><br>JOSUEL FELICITE MUSAMBAGHANI; MICROSOFT CORPORATION; and DOES I-X; and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | CASE NO.:  2:24-cv-00009-MMD-EJY<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, CHRISTOPHER BACON ("Plaintiff"), by and through his counsel of record, William W. McGaha, Esq. of SCHUETZE, McGAHA, TURNER & FERRIS PLLC, and Defendant, JOSUEL FELICITE MUSAMBAGHANI ("Defendant"), by and through his counsel of record, Cheryl H. Wilson, Esq., of IVIE McNEILL WYATT PURCELL & DIGGS, that the Complaint filed by Plaintiff and each and every cause of action alleged therein, claims, and answers, be DISMISSED WITH PREJUDICE, with each side to bear its own attorney's fees and costs.

STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE - 1

IT IS SO STIPULATED.

DATED this 21st day of January, 2026.

SCHUETZE, McGAHA, TURNER &
FERRIS PLLC

/s/ William W. McGaha
_____
WILLIAM W. McGAHA, ESQ.
Nevada Bar No. 3234
601 S. Rancho Dr., Suite C-20
Las Vegas, NV 89106
Email: bmcgaha@smlvlaw.net
*Attorneys for Plaintiff,*
*Christopher Bacon*

DATED this 21st day of January, 2026.

IVIE McNEILL WYATT PURCELL &
DIGGS

_____
CHERYL H. WILSON, ESQ.
Nevada Bar No. 8312
8485 W. Sunset Road, Suite 105
Las Vegas, NV 89113
Email: CWilson@imwlaw.com
*Attorneys for Defendant,*
*Josuel Felicite Musambaghani*

IT IS SO ORDERED.

DATED: January 21, 2026

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE - 2